UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**NIAZY SELIM ET AL**                     **CASE NO. 2:23-CV-00524**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**FORTAY ROOFING & CONSTRUCTION L L C ET AL**   **MAGISTRATE JUDGE LEBLANC**

**ORDER**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that no responsive pleadings have been filed or default entered within sixty (60) days after service of the summons and complaint on Fortay Roofing & Construction, LLC, and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE March 6, 2024.

Daniel J. McCoy
Clerk of Court